853 F.2d 918
 Johnson (Hiram R., Jr.), Gay (Wilmer B.), Hadden (Leroy),
Johnson (Carl L.), Jones (Edward Levi), Davis
(Alan B.), Burton (Fred), Crumpler
(Jasper), St. Clair (Frank)
v.
Marks (Ronald), Petsock (George), Zimmerman (Leroy),
Mallinger ((Scip)), Wigton (James), Weyandt
(Lawrence), Sgt. Balzer, Smith (R.C.,
Lt.), Bodner, Howells,
Rakszawski (John), Brittain
 NO. 87-3567
 United States Court of Appeals,
Third Circuit.
 JUN 30, 1988
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.